stead Hotel, Kew Gardens, Long Island, N. Y., beginning on June 24, 1940, and to be continued from time to time thereafter until completed, between the hours of 1 and 5 p. m. on each day, with no more than the following number of persons representing plaintiff present at any one time: one officer of the plaintiff corporation, two appraisers, one clerk, and the plaintiff's attorney or his representative. The defendant has the right to enter the premises for the purposes of exhibition or examination; and it is within its power to obey the order. Disobedience of the order is not excused because the tenant objects to the inspection. Furthermore, the tenant was placed in the position under which it assumes to refuse inspection and examination by the action of the defendant after knowledge by the defendant of the plaintiff's claim. The order is resettled accordingly. Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ., concur.

JOHN A. LYNCH CO., INC., Appellant, v. HELEN J. FENDEL, Individually and as Executrix, etc., of MARIE BURRY, Deceased, and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

THE NATIONAL BANK OF FAR ROCKAWAY, Respondent, Appellant, v. JOSEPH FRIED and FLORA FRIED, Appellants, Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

THE NATIONAL BANK OF FAR ROCKAWAY, Respondent, Appellant, v. JOSEPH FRIED and FLORA FRIED, Appellants, Respondents.—Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

SAM PINSKY, Respondent, v. HARRIS LIPLAWSKY, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. (See Rule XXVI, Appellate Division, Second Department, Rules.) Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

MORRIS POTTISH, Appellant, v. LONG ISLAND DAILY PRESS PUBLISHING COMPANY, INC., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

PATRICK WALSH, Respondent, v. EMMA ANDERSON, as Executrix, etc., of JOHN ANDERSON, Deceased, Formerly Doing Business as THE ANCON COMPANY, Defendant; FRANCIS P. HEFFERNAN, Attorney, Appellant.— Motion for reargument denied, without costs. [See 255 App. Div. 436.] Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ. [See, also, 255 App. Div. 786.]

JOHN ARICHIELLO, Appellant, v. THE LONG ISLAND RAILROAD COMPANY, Defendant. SIDNEY L. MASONE, Attorney, Respondent.— In a proceeding to fix the compensation and lien of the retiring attorney for plaintiff in an action to recover damages for personal injuries, order, as resettled, modified so as to strike from its decretal portion wherever the same occur the figures " $250.00 " and to insert in lieu thereof " $150.00." As so modified, the order, in so far as appealed from, is affirmed, without costs. In our opinion the retiring attorney was entitled to compensation only in the sum of $150. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

EMMA L. BAKER, Plaintiff, Respondent, v. ELEANOR G. ASTARITA, JAMES J. ASTARITA and ANGELINA ASTERITA, Defendants, Appellants, and ELLEN BRACCINI, Defendant, Respondent, and SALOMON A. HAUPTMAN, Appellant.—